McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
MARK A. WIN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG WEINSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. **2:04-CV-02636-PAN (JFM)**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the EAJA in the amount of SIX THOUSAND AND 00/100 DOLLARS ($6,000.00) and costs in the amount of TWO HUNDRED TWENTY FIVE AND 00/100 DOLLARS ($225.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28

U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees, costs and expenses under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees, costs and expenses in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further stipulate that Plaintiff's counsel shall furnish to Defendant's counsel, and Defendant's counsel shall maintain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: June 20, 2006        /s/ Henry Reynolds
                            HENRY REYNOLDS
                            Attorney at Law

                            Attorney for Plaintiff

DATED: June 23, 2006        McGREGOR W. SCOTT
                            United States Attorney
                            BOBBIE J. MONTOYA
                            Assistant U.S. Attorney

                        By: /s/ Bobbie J. Montoya for
                            MARK A. WIN
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

## ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $6,000.00 and costs in the amount of $225.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: July 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

weinstein.stip